NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Christopher Taylor
6770 Springpark Avenue, #103
Los Angeles, CA 90056
(213) 407-5042

FILED
2017 MAR 29 PM 2: 20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

ATTORNEY(S) FOR: Defendant, In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| B. LANCE MILLER dba WESTHILL MANAGEMENT COMPANY<br><br>Plaintiff(s),<br>v.<br><br>CHRISTOPHER TAYLOR<br><br>Defendant(s) | CASE NUMBER:<br>CV17-02433-PA(AFMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     CHRISTOPHER TAYLOR
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christopher Taylor | Defendant |
| B. LANCE MILLER dba WESTHILL MANAGEMENT COMPANY | Plaintiff |

March 29, 2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CHRISTOPHER TAYLOR, In Pro Per

NOTICE OF INTERESTED PARTIES